NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZULEMA KARINA PERDOMO, | No. 05-74090 |
| Petitioner, | Agency No. A077-845-684 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted July 16, 2009
San Francisco, California
Filed _____

Before: D.W. NELSON, W. FLETCHER and PAEZ, Circuit Judges.

The Board of Immigration Appeals' Order in this matter is vacated, and the

case is remanded for further consideration in light of our opinion in *Lesly Perdomo*

*v. Holder*, No. 06-71652, filed concurrently this day.